COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
|  | § | No. 08-11-00366-CV |
| IN RE: ROSA SERRANO, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Rosa Serrano, *pro se*, has filed a petition for writ of mandamus requesting that this Court compel the Honorable Carlos Villa, Judge of El Paso County Court at Law Number Five to, "vacate his order of April 28, 2011, and to proceed no further in the case."

Mandamus will issue only to correct a clear abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992)(orig. proceeding). In addition, there must be no other adequate remedy at law available to the relator. *See In re McAllen Medical Center, Inc.*, 275 S.W.3d 458, 464-65 (Tex. 2008)(orig. proceeding). Based on the petition and record before us, Relator has failed to establish that she is entitled to relief by writ of mandamus. *See* TEX.R.APP.P. 52.8. The petition is therefore DENIED.

January 25, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.